# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>DOUGLAS ECKHARDT,<br><br>              Defendant. | 8:18CR37<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court on the United States of America's Motion for Final Order of Forfeiture, ECF No. 55. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

      1.      On May 8, 2019, the Court entered a Preliminary Order of Forfeiture, ECF No. 53, pursuant to 21 U.S.C. § 846 and 21 U.S.C. § 853, based upon defendant's plea of guilty to Count II and the Forfeiture Allegation of the Indictment. Pursuant to the Preliminary Order of Forfeiture, defendant's interest in $32,020.00 in United States currency was forfeited to the United States.

      2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on February 23, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on May 14, 2019. (Filing No. 54).

      3.      The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

      4.      The Motion for Final Order of Forfeiture will be granted.

IT IS ORDERED:

A. The Motion for Final Order of Forfeiture, ECF No. 55, is granted.

B. All right, title and interest in and to the $32,020.00 in United States currency in United States currency is hereby forever barred and foreclosed. United States will return $1,100.00 to defendant. The United States will tender payment to the trust account of defendant's attorney, Lawrence G. Whelan, who will provide directions for transfer of the funds.

C. Mr. Whelan shall sign and return a Receipt after his firm receives the funds.

D. The $32,020.00 in United States currency is hereby forfeited to the United States of America.

E. The United States is directed to dispose of said properties in accordance with law.

Dated this 20th day of May, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge